**UNITED STATES v. Jennie LOOPER, Adm'x.**
No. 6174.

Circuit Court of Appeals, Sixth Circuit.
April 6, 1932.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

Worth Bryant, of Cookeville, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.

**UNITED STATES of America v. Earnest L. MEADOR.**
No. 650.

Circuit Court of Appeals, Tenth Circuit.
March 21, 1932.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Merle G. Smith, of Guthrie, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. NGAN HONG QUON LIANG, Appellee.**
No. 6832.

Circuit Court of Appeals, Ninth Circuit.
Aug. 15, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed; mandate forthwith.

**UNITED STATES, Appellant, v. ONE REO SEDAN, Motor No. C–A–18788, Its Equipment and Accessories, General Contract Purchase Corporation, Intervenor, Appellees.**
No. 3222.

Circuit Court of Appeals, Fourth Circuit.
Aug. 7, 1931.

Henry E. Davis, U. S. Atty., of Florence, S. C.

Nath. B. Barnwell, of Charleston, S. C., for appellees.

PER CURIAM.

Case dismissed under Rule 20, per agreement of counsel.

**UNITED STATES of America, Appellee, v. Clark W. PARKER and Wyman C. Parker, Appellants.**
No. 425.

Circuit Court of Appeals, Second Circuit.
June 6, 1932.

Harry Kopp, of New York City (Jerome G. Rosenhaus, of New York City, of counsel), for Wyman C. Parker.

John A. Bolles, of New York City (Edwin L. La Crosse, of New York City, of counsel), for Clark W. Parker.

George Z. Medalie, U. S. Atty., of New York City (J. Edward Lumbard, Jr., Bernard Tompkins, and Curtiss E. Frank, Asst. U. S. Attys., all of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.